DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BRUCE MCEACHERN,**
Appellant,

v.

**THE BANK OF NEW YORK MELLON** f/k/a **THE BANK OF NEW YORK, AS TRUSTEE, IN TRUST FOR THE CERTIFICATEHOLDERS CWALT, ALTERNATIVE LOAN TRUST 2007-OA6, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-OA6 ,**
Appellee.

No. 4D16-1303

[July 6, 2017]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Dale Ross, Judge; L.T. Case No. CACE10008803 (11).

Claire Cubbin, Fort Lauderdale, for appellant.

Jason F. Joseph of Gladstone Law Group, P.A., Boca Raton, and Matthew Hearne of Frenkel Lambert Weis Weisman & Gordon, LLP, Fort Lauderdale, for appellee.

PER CURIAM.

*Affirmed.*

TAYLOR, MAY and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***